Court of Appeals
Second District of Texas

JAN 2 9 2015

DEBRA SPISAK, CLERK
Jan 26, 2015

RECEIVED

JAN 2 9 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Gerald L. Bradley

V.

The State of Texas.

RE: Court of Appeals Number 02-14-00495-CR
Trial Court Case # 0918827 D.

Appellant Gerald Bradley Humblely Thank this Court for clarity of his Correspondence Submitted in Dec 2014, In that Correspondence Appellant explained other Matters revolving around Supplementation of Submitted Motions- to the original Record of file, to better assist the Appeals Court making, of a decision, on the New Record needed to be used on this Appeal Number Above.

Enlight of Appellants Circumstances, and Most Recent Claims of Newly available information, and wrongful Conviction, Appellant Needs this Court to Appoint Counsel, which was Submitted by Motion Pro-se, Along with, Correspondence of Reasons for Jurisdiction, and Application of Certification of Appeal Recently filed as well.

After clearly looking at the proceedings about to transpire around this Matter Appellant see favor from this Court and Request that this court order the Trial Court to Provide Appellant, The Requested Record of Supplementation Consisting of All Motions Submitted, and orders denied by the trial Court and Reasons, Why, in further order the trial Court to Submitt this Court with a fact findings and Conclusion as to the brady Material thats been Unavailable This Entire trial Appeal Process, Consisting of a Clarity of Grand Jury Panel and its functions.

Wherefore Premises Appellant Request this Court; for Reasons for the Trial Courts Neglect to uphold its Duties as a Judicial Agency, in following its own Constitution of laws and Statue,

Submit a Copy of this, and future Correspondences and Proceedings pertaining to This Appeal to the Fed agents and agencies this Court See in the Certificate of Service Below.

/s/ ~~Gerald Bradley~~

## Certificate of Service

This is to Certify a true and Correct Copy of this document was Submitted to the Second Court of Appeals Clerk On Jan 26th 2015, and is to be Shared a Copy with the following.

Debra W. Windsor
Assistant D.A., 401 W. Belknap
St Fort Worth, Tx 76102-1913

2.) Thomas W. Bailey Unit Chief
Federal Bureau Invest, Investigative Services Sec.
1000 Custer Hollow Rd Clarksburg WV. 26306
Recieved Cert. Complaint May, 17 2013

3) Kenneth McGidson + Ruben Perez
U.S. department of Justice
United States Attys office
1000 Lousiana, Ste 2300
Houston Tx 77002

4. Melissa Mattingly Deputy Clerk
Monica Washington Deputy Clerk
Peter Connor Deputy Clerk
U.S Court of Appeals 5th Circuit
600 Maestri Place
New Orleans, LA 70130
Claim # 14-50387

5. Civil Right Department of Justice
Investigation Division
950 Pennsylvania Ave N.W
Washington, Dc 20530 Recieved
Cert. Complaint 3-21-13 tracking #
70123460000 24903 889

6. Michael McCrum U.S. Atty
United States Courthouse 501 W. 5th St
St. 1100 Austin Tx 78711 Cert. Dc.
Trucking # 70100290000 9209 6933

Respectfully Submitted.
Gerald Bradley 1413012 Beto Unit 1391 Fm
3328 Tenn Colony Tx 580 /s/ ~~Gerald Bradley~~ 1/26/15
Texas Court Conspiracy Against The People Class Rep
Shawn L. Dunn 1686724 Beto Unit 1391 Fm
3328 Tenn Colony Tx 75880, Claim # 14-50387
/s/ ~~Shawn L. Dunn~~

FOREVER
USA
2014

NORTH TEXAS TX PRDC
DALLAS TX 750
27 JAN 2015 PM 3 L

Bradley, Gerald
1413012 13266
1391 FM 3327
Tenn Col Ty 75990.5006

RECEIVED

JAN 2 9 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Court of Appeals
2nd District of TX
Tim Curry Criminal Justice System
401 W. Belknap, Suite 9000
Ft. Worth, TX. 76196

LaSal

78196